# MEMORANDA OF CASES

## NOT REPORTED IN FULL.

PATRICK HEENAN *vs.* BRIDGEPORT TRACTION CO.

Third Judicial District.

[Argued January 28th—decided February 21st, 1896.]

ACTION to recover damages for personal injuries sustained through the alleged negligence of the defendant, brought to the Court of Common Pleas in Fairfield County and heard in damages to the court, *Curtis, J.;* facts found and judgment rendered for the plaintiff for $350, and appeal by the defendant for alleged errors in the rulings of the court. *No error.*

*Stiles Judson Jr.*, for the appellant (defendant).

*James T. Lynch*, for the appellee (plaintiff).

BY THE COURT. The questions presented by the record are whether the motorman was guilty of negligence in the matter of stopping the car, and whether the plaintiff was chargeable with contributory negligence. These questions were for the determination of the trial court; and its decision is conclusive. There is nothing in the finding or memorandum of decision to indicate that the trial court imposed on the motorman a higher degree of duty than the law requires. *No error. All concur.*

Opinion filed with the clerk of the Court of Common Pleas, Fairfield County.